```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143                    **E-filed 12/14/06**
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA W.Y. CHO, | ) |
| | ) No. C 06-5694 JF |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

Dated: December 7, 2006                      Respectfully submitted,

                                          KEVIN V. RYAN
                                          United States Attorney


                                          /s/
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorney for Defendants

Dated: December 7, 2006

/s/
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/13/06

JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C06-5694 JF                                2